# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KING BOB LEONARD,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:19-cr-0012 |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept King Bob Leonard's ("Leonard") plea of guilty (ECF No. 150) to Count One of the Superseding Information (ECF No. 145). After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Leonard entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Leonard guilty as to Count One of the Superseding Information. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 150) is **ADOPTED;** it is further

**ORDERED** that Defendant King Bob Leonard's plea of guilty as to Count One of the Superseding Information (ECF No. 145) is **ACCEPTED,** and Defendant Leonard is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than April 22, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than May 6, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than May 20, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than May 27, 2021; it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at 9:30 A.M. on June 3, 2021, in STT Courtroom No. 1 before District Judge Robert A. Molloy.

**Date:** March 15, 2021                          /s/ *Robert A. Molloy*
                                                 **ROBERT A. MOLLOY**
                                                 **District Judge**